OSCN Found Document:IN THE MATTER OF THE STRIKING OF NAMES OF MEMBERS OF THE OKLAHOMA BAR ASSOCIATION

 

 
 

 
 IN THE MATTER OF THE STRIKING OF NAMES OF MEMBERS OF THE OKLAHOMA BAR ASSOCIATION
2020 OK 68
Case Number: SCBD-6799
Decided: 09/14/2020
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2020 OK 68, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION. 

IN THE MATTER OF THE STRIKING OF NAMES OF MEMBERS OF THE OKLAHOMA BAR ASSOCIATION FOR NONPAYMENT OF 2019 DUES

ORDER STRIKING NAMES

The Board of Governors of the Oklahoma Bar Association filed an Application for Order Striking Names of attorneys from the Oklahoma Bar Association's membership rolls for failure to pay dues as members of the Oklahoma Bar Association for the year 2019.

Pursuant to the Rules Creating and Controlling the Oklahoma Bar Association (Rules), 5 O.S. 2011 ch. 1, app. 1, art. VIII Â§2, the Oklahoma Bar Association's members named on Exhibit A, attached hereto, were suspended from membership in the Oklahoma Bar Association and prohibited from practicing law in the State of Oklahoma by this Court's Order of June 10, 2019, for failure to pay their 2019 dues in accordance with Article VIII, Section 2 of the Rules. Based upon the application, this Court finds that the Board of Governors determined at its August 28, 2020, meeting that none of the Oklahoma Bar Association members named on Exhibit A, attached hereto, have applied for reinstatement, pursuant to Article VIII, Section 4 of the Rules, at the time of the filing of its application. The Board of Governors further requested that the members named on Exhibit A, attached hereto, shall cease to be members of the Oklahoma Bar Association and that their names should therefore be stricken from its membership rolls and the Roll of Attorneys pursuant to Article VIII, Section 5 of the Rules. This Court further finds that the actions of the Board of Governors of the Oklahoma Bar Association are in compliance with the Rules.

It is therefore ordered that the attorneys named as set forth on Exhibit A, attached hereto, are hereby stricken from the Roll of Attorneys for failure to pay their dues as members of the Association for the year 2019.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 14th DAY OF SEPTEMBER, 2020.

/S/CHIEF JUSTICE

ALL JUSTICES CONCUR

Â 

Â 

Â 

Brent Douglas Berry, OBA 18013
West Ylla Gosney Law Office
8 SW 89th St., Ste. 200
Oklahoma City, OK 73139-8533

Cassandra C. Colchagoff, OBA 16630
712 N. Lucia Ave., Unit B
Redondo Beach, CA 90277

Creighton Coy Collier, OBA 19434
4618 S. Columbia Pl.
Tulsa, OK 74105

Gary Allen Eaton, OBA 2598
1717 E. 15th
Tulsa, OK 74104

John Nicholas Gerner, OBA 21190
6303 Belmont Ave.
Dallas, TX 75214-3627

Blake Rodman Givens, OBA 14610
7326 E. 92nd St.
Tulsa, OK 74133

Blakely Chase Hall, OBA 31573
4366 Maryland Avenue, Apt. 102
St. Louis, MO 63108

Bryan Lynn Kingery, OBA 15507
P.O. Box 398
Ada, OK 74821-0398

Anthony George Mitchell, OBA 14004
207 S. Park
Hobart, OK 73651

Kurt A. Ray, OBA 7435
4648 E. 56th Ct.
Tulsa, OK 74135-4310

Linda McCarrell Smith, OBA 14896
1705 Canary Court
Edmond, OK 73034

Mark Edward Truex, OBA 12013
50 Penn Place, Ste. 1300
1900 NW Expressway
Oklahoma City, OK 73118-1802

Lester Wade Vance, OBA 16086
1303 N. Sam Rayburn Fwy.
Sherman, TX 75090